# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 7, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154943 & (48)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee/
      Cross-Appellant,

v

RONALD KENNETH NORFLEET,
      Defendant-Appellant/
      Cross-Appellee.

SC: 154943
COA: 328968
Grand Traverse CC:
2015-012072-FC

_____/

      On order of the Court, the application for leave to appeal the November 8, 2016 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 7, 2017

a0531



Clerk